433 A.2d 102

Commonwealth v. Hale, Appellant.

480

Submitted November 14, 1980. Alan Frank, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.